UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:13-cv-00273-JRG

Name of party you are representing: Dow Jones & Company

Is this the first application for extension of time in this case?

- [ ] Yes
- [x] No

If no, please indicate which application this represents:

- [x] Second
- [ ] Third
- [ ] Other _____

Date of Service of Summons: 4/26/2013

Number of days requested:
- [ ] 30 days
- [x] 15 days
- [ ] Other _____ days

New Deadline Date: 7/2/2013   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Jennifer Parker Ainsworth

State Bar No.: 00784720

Firm Name: Wilson, Robertson & Cornelius, P.C.

Address: P.O. Box 7339
         Tyler, Texas 75711

Phone: 903-509-5000

Fax: 903-509-5092

Email: jainsworth@wilsonlawfirm.com

A certificate of conference does not need to be filed with this unopposed application.